## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NOE VEGA RAMOS; ANA KAREN VALENZUELA SOTO; JOSE ADRIAN LEYVA; and ANA KAREN QUIROZ,<br><br>Individually and on Behalf of All Others Similarly Situated<br><br>    Plaintiffs,<br><br>v.<br><br>BIG EASY FOODS OF LOUISIANA, L.L.C., and MELCHOR MAYA SOTO,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§ | Case No. 2:17-CV-01298-JDC-KK |

### ORDER

On this day, the Court considered Plaintiffs' Unopposed Motion to Extend Deadline to file Motion for Class Certification in the above-styled action (Doc. 97). After due consideration, the Court GRANTS said motion.

It is HEREBY ORDERED that for good and sufficient cause shown, the following amendments are made to the Scheduling Order:

i. Plaintiffs' deadline to file a motion for certification of a Rule 23 class is reset to June 17, 2022.

SIGNED on this the 24th day of May, 2022.

_____
U.S. Magistrate Judge