## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NOE VEGA RAMOS; ANA KAREN VALENZUELA SOTO; JOSE ADRIAN LEYVA; and ANA KAREN QUIROZ, | § § § § | Case No. 2:17-CV-01298-JDC-KK |
| Individually and on Behalf of All Others Similarly Situated | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | JUDGE CAIN |
| BIG EASY FOODS OF LOUISIANA, L.L.C., and MELCHOR MAYA SOTO, | § § § § | |
| Defendants. | § | MAGISTRATE JUDGE KAY |

### EXHIBITS TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR RULE 23 CLASS CERTIFICATION

Plaintiffs now file Exhibits 16 – 31 to their Memorandum in Support of Their Motion for Rule 23 Class Certification. (Dkt. No. 100-1.)  Exhibits 1 – 15 were filed as Dkt. No. 101.

Respectfully Submitted,

LAW OFFICES OF ED CLOUTMAN

/s/ Edward B. Cloutman, III
Edward B. Cloutman, III
(Louisiana Bar No. 04206 & Texas Bar No. 04411000)
618 Largent Avenue
Dallas, Texas 75214
214.232.9015
214.939.9229 (Telecopier)
Email: ecloutman@lawoffices.email

EQUAL JUSTICE CENTER

/s/ Christopher J. Willett

        Christopher J. Willett (Admitted Pro Hac Vice)
        Texas Bar No. 24061895
        Email: cwillett@equaljusticecenter.org
        Anna Bocchini (Admitted Pro Hac Vice)
        Texas Bar No. 24057410
        Email: abocchini@equaljusticecenter.org
        Colleen Mulholland (Admitted Pro Hac Vice)
        Texas Bar No. 24091765
        Email: cmulholland@equaljusticecenter.org
        314 E. Highland Mall Blvd., Ste. 401
        Austin, Texas 78752
        Telephone: (512) 474-0007, ext. 107
        Fax: (512) 474-0008

        *COUNSEL FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 18, 2022, I served a true and correct copy of the foregoing document on Defendants by filing through the CM/ECF system, which provided electronic service to all counsel of record for Defendants:

        /s/ Christopher J. Willett
        Christopher J. Willett