# EXHIBIT 17

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

# H-2B Application for Temporary Employment Certification
## ETA Form 9142B
### U.S. Department of Labor



Please read and review the filing instructions carefully before completing the ETA Form 9142B. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/. In accordance with Federal Regulations, Incomplete or obviously inaccurate applications will not be certified by the Department of Labor. If submitting this form non-electronically, ALL required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section ( § ) symbol.

### A. Employment-Based Nonimmigrant Visa Information

1. Indicate the type of visa classification supported by this application (Write classification symbol): *   **H-2B**

### B. Temporary Need Information

1. Job Title * **Meat, Poultry, Fish Cutters and Trimmers**

2. SOC (ONET/OES) code *  **51-3022**

3. SOC (ONET/OES) occupation title *  **Meat, Poultry, and Fish Cutters and Trimmers**

4. Is this a full-time position? *  ☑ Yes  ☐ No

**Period of Intended Employment**

5. Begin Date * (mm/dd/yyyy)  **02/19/2014**

6. End Date * (mm/dd/yyyy)  **12/15/2014**

7. Worker positions needed/basis for the visa classification supported by this application

**60**  Total Worker Positions Being Requested for Certification *

Basis for the visa classification supported by this application
(Indicate the total workers in each applicable category based on the total workers identified above)

| | | | |
|---|---|---|---|
| 60 | a. New employment * | 0 | d. New concurrent employment * |
| 0 | b. Continuation of previously approved employment * without change with the same employer | 0 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

8. Nature of Temporary Need: (Choose only one of the standards) *
☑ Seasonal  ☐ Peakload  ☐ One-Time Occurrence  ☐ Intermittent or Other Temporary Need

9. Statement of Temporary Need *

Big Easy Foods is a Louisiana-based value-added supplier of high quality prepared frozen foods for retail customers. Big Easy Foods is marketed under its own brand and continues responsibility for manufacturing, distribution and marketing of its Louisiana-based products of frozen entrees, stuffed chickens, turkeys, sausage, raw shrimp and other products, including the popular TurDucHen. The temporary need meets the standard of seasonal need as Big Easy Foods has contracted with major stores for February through December for the preparation of TurDucHens, deboned, stuffed chickens and entrees for delivery to clients during end of production.

---

ETA Form 9142B                    FOR DEPARTMENT OF LABOR USE ONLY                    Page 1 of 6

Case Number: H-400-13354-377341   Case Status: CERTIFIED   Validity Period: 02/19/2014 to 12/15/2014

BE001000

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

# H-2B Application for Temporary Employment Certification
## ETA Form 9142B
### U.S. Department of Labor



## C. Employer Information

**Important Note:** Enter the full name of the individual employer, partnership, or corporation and all other required information in this section. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, identify the main or primary employer in the section below and then submit a separate attachment that identifies each employer, by name, mailing address, and total worker positions needed, under the application.

| # | Field | Value |
|---|---|---|
| 1 | Legal business name * | Big Easy Foods |
| 2 | Trade name/Doing Business As (DBA), if applicable | N/A |
| 3 | Address 1 * | 3935 Ryan St. |
| 4 | Address 2 | N/A |
| 5 | City * | Lake Charles |
| 6 | State * | LA |
| 7 | Postal code * | 70605 |
| 8 | Country * | UNITED STATES OF AMERICA |
| 9 | Province | N/A |
| 10 | Telephone number * | 337-477-9296 |
| 11 | Extension | N/A |
| 12 | Federal Employer Identification Number (FEIN from IRS) * | 721239380 |
| 13 | NAICS code (must be at least 4-digits) * | 311615 |
| 14 | Number of non-family full-time equivalent employees | |
| 15 | Annual gross revenue | |
| 16 | Year established | 2011 |

**17. Type of employer application (choose only one box below) ***

- [x] Individual Employer
- [ ] H-2A Labor Contractor or Job Contractor
- [ ] Association – Sole Employer (H-2A only)
- [ ] Association – Joint Employer (H-2A only)
- [ ] Association – Filing as Agent (H-2A only)

## D. Employer Point of Contact Information

**Important Note:** The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section must be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, enter only the contact information for the main or primary employer (e.g., contact for an association filing as joint employer) under the application.

| # | Field | Value |
|---|---|---|
| 1 | Contact's last (family) name * | Arrant |
| 2 | First (given) name * | Scott |
| 3 | Middle name(s) * | B |
| 4 | Contact's job title * | CFO |
| 5 | Address 1 * | 3935 Ryan St. |
| 6 | Address 2 | N/A |
| 7 | City * | Lake Charles |
| 8 | State * | LA |
| 9 | Postal code * | 70605 |
| 10 | Country * | UNITED STATES OF AMERICA |
| 11 | Province | N/A |
| 12 | Telephone number * | 337-477-9296 |
| 13 | Extension | N/A |
| 14 | E-Mail address | N/A |

ETA Form 9142B   FOR DEPARTMENT OF LABOR USE ONLY   Page 2 of 6

Case Number: H-400-13354-377341   Case Status: CERTIFIED   Validity Period: 02/19/2014 to 12/15/2014

BE001001

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

**H-2B Application for Temporary Employment Certification**
**ETA Form 9142B**
**U.S. Department of Labor**



### E. Attorney or Agent Information (if applicable)

1. Is/are the employer(s) represented by an attorney or agent in the filing of this application (including associations acting as agent under the H-2A program)? If "Yes", complete Section E. *  ☑ Yes   ☐ No

2. Attorney or Agent's last (family) name §: DEES
3. First (given) name §: ASHLEY
4. Middle name(s) §: FORET
5. Address 1 §: 313 BROAD STREET
6. Address 2: N/A
7. City §: LAKE CHARLES
8. State §: LA
9. Postal code §: 70601
10. Country §: UNITED STATES OF AMERICA
11. Province: N/A
12. Telephone number §: 337-214-0354
13. Extension: N/A
14. E-Mail address: ashley@afdees.com
15. Law firm/Business name §: ASHLEY FORET DEES, IMMIGRATION LAW
16. Law firm/Business FEIN §: 461750620
17. State Bar number (only if attorney) §: 31727
18. State of highest court where attorney is in good standing (only if attorney) §: LOUISIANA
19. Name of the highest court where attorney is in good standing (only if attorney) §: LOUISIANA SUPREME COURT

### F. Job Offer Information

#### a. Job Description

1. Job Title *: Meat, Poultry, Fish Cutters and Trimmers
2. Number of hours of work per week — Basic *: 40   Overtime: ___
3. Hourly Work Schedule *  A.M. (h:mm): 7 : 0   P.M. (h:mm): 4 : 0
4. Does this position supervise the work of other employees? *  ☐ Yes  ☑ No
4a. If yes, number of employees worker will supervise (if applicable) §: ___
5. Job duties – A description of the duties to be performed MUST begin in this space. If necessary, add attachment to continue and complete description. *

Cutting, trimming, processing poultry products and poultry entrees; cleaning, preparing poultry, stuffing deboning, seasoning, stuffing, sewing bags, sealing, preparing finished turduchens, de-boned chickens. Packaging, sealing frozen entrees, packaging sausage, dishwasher and sanitation detail; gathering raw product; thawing product; loading and unloading sausage, entrees, chicken, turduchens

---

ETA Form 9142B    FOR DEPARTMENT OF LABOR USE ONLY    Page 3 of 6

Case Number: H-400-13354-377341   Case Status: CERTIFIED   Validity Period: 02/19/2014 to 12/15/2014

BE001002

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

**H-2B Application for Temporary Employment Certification**
**ETA Form 9142B**
**U.S. Department of Labor**



### F. Job Offer Information (continued)

**b. Minimum Job Requirements**

1. Education: minimum U.S. diploma/degree required *
   ☑ None  ☐ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's  ☐ Doctorate (PhD)  ☐ Other degree (JD, MD, etc.)

| 1a. If "Other degree" in question 1, specify the diploma/degree required § | 1b. Indicate the major(s) and/or field(s) of study required § (May list more than one related major and more than one field) |
|---|---|
| N/A | N/A |

2. Does the employer require a second U.S. diploma/degree? *   ☐ Yes  ☑ No
   2a. If "Yes" in question 2, indicate the second U.S. diploma/degree and the major(s) and/or field(s) of study required §
   N/A

3. Is training for the job opportunity required? *   ☐ Yes  ☑ No

| 3a. If "Yes" in question 3, specify the number of months of training required § | 3b. Indicate the field(s)/name(s) of training required § (May list more than one related field and more than one type) |
|---|---|
| N/A | N/A |

4. Is employment experience required? *   ☑ Yes  ☐ No

| 4a. If "Yes" in question 4, specify the number of months of experience required § | 4b. Indicate the occupation required § |
|---|---|
| 1 | Similar occupation |

5. Special Requirements - List specific skills, licenses/certifications, and requirements of the job opportunity. *
   Random drug screening upon hire; paid by employer

**c. Place of Employment Information**

1. Worksite address 1 *
   3935 Ryan Street
2. Address 2
   N/A

| 3. City * | 4. County * |
|---|---|
| Lake Charles | Calcasieu |
| 5. State/District/Territory * | 6. Postal code * |
| LA | 70605 |

7. Will work be performed in multiple worksites within an area of intended employment or a location(s) other than the address listed above? *   ☐ Yes  ☑ No

7a. If Yes in question 7, identify the geographic place(s) of employment with as much specificity as possible. If necessary, submit an attachment to continue and complete a listing of all anticipated worksites. §

N/A

---

ETA Form 9142B                FOR DEPARTMENT OF LABOR USE ONLY                                   Page 4 of 6

Case Number: H-400-13354-377341   Case Status: CERTIFIED   Validity Period: 02/19/2014 to 12/15/2014

BE001003

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

# H-2B Application for Temporary Employment Certification
## ETA Form 9142B
### U.S. Department of Labor



## G. Rate of Pay

**1. Basic Rate of Pay Offered ***
From: $ 9 . 94   To (Optional): $ ___ . ___

**1a. Overtime Rate of Pay** *(if applicable)* §
From: $ 14 . 91   To (Optional): $ ___ . ___

**2. Per:** (Choose only one) *
☑ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☐ Year ☐ Piece Rate

**2a.** If Piece Rate is indicated in question 2, specify the wage offer requirements: §
N/A

**3. Additional Wage Information** (e.g., multiple worksite applications, itinerant work, or other special procedures). If necessary, add attachment to continue and complete description. §

"Wage Offer Equals or Exceeds Prevailing Wage Based on Methodology Published in the Interim Final Rule effective April 24, 2013"

## H. Recruitment Information

**1. Name of State Workforce Agency (SWA) serving the area of intended employment ***
Louisiana Workforce Commission

**2. SWA job order identification number ***
471806

**2a. Start date of SWA job order ***
12/05/2013

**2b. End date of SWA job order *** (In H-2A this date is 50% of contract period)
12/15/2013

**3.** Is there a Sunday edition of a newspaper (of general circulation) in the area of intended employment? *   ☑ Yes  ☐ No

| # | Name of Newspaper/Publication (in area of intended employment for H-2B only) * | Dates of Print Advertisement § | |
|---|---|---|---|
| | | From: | To: |
| 4. | Lake Charles American Press | 12/14/2013 | |
| 5. | Lake Charles American Press | 12/15/2013 | |

**6. Additional Recruitment Activities for H-2B program.** Use the space below to identify the type(s) or source(s) of recruitment, geographic location(s) of recruitment, and the date(s) on which recruitment was conducted. If necessary, add attachment to continue and complete description. *

Newspaper ads were placed in accordance with current H2B regulations

---

ETA Form 9142B     FOR DEPARTMENT OF LABOR USE ONLY     Page 5 of 6

Case Number: H-400-13354-377341     Case Status: CERTIFIED     Validity Period: 02/18/2014 to 12/15/2014

BE001004

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

# H-2B Application for Temporary Employment Certification
## ETA Form 9142B
## U.S. Department of Labor



## I. Declaration of Employer and Attorney/Agent

In accordance with Federal regulations, the employer must attest that it will abide by certain terms, assurances and obligations as a condition for receiving a temporary labor certification from the U.S. Department of Labor. Applications that fail to attach Appendix A or Appendix B will be considered incomplete and not accepted for processing by the ETA application processing center.

| | |
|---|---|
| 1. For H-2A Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix A**. § | ☐ Yes ☐ No ☐ N/A |
| 2. For H-2B Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix B**. § | ☑ Yes ☐ No ☐ N/A |

## J. Preparer

Complete this section if the preparer of this application is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| N/A | N/A | N/A |

| 4. Job Title § |
|---|
| N/A |

| 5. Firm/Business name § |
|---|
| N/A |

| 6. E-Mail address § |
|---|
| N/A |

## K. U.S. Government Agency Use (ONLY)

Pursuant to the provisions of Section 101 (a)(15)(h)(ii) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed. By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from  02/19/2014  to  12/15/2014  .

*William L. Carlson*
Department of Labor, Office of Foreign Labor Certification

01/03/2014
Determination Date (date signed)

H-400-13354-377341
Case number

CERTIFIED
Case Status

## L. Public Burden Statement (1205-0509)

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours to complete the form and 25 minutes per response for all other H-2B information collection requirements, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW, * Washington, DC * 20210 or by email ETA.OFLC.Forms@dol.gov. Please **do not** send the completed application to this address.

ETA Form 9142B    FOR DEPARTMENT OF LABOR USE ONLY    Page 6 of 6
Case Number: H-400-13354-377341    Case Status: CERTIFIED    Validity Period: 02/19/2014 to 12/15/2014

BE001005

OMB Control Number: 1205-0509
Expiration Date: 03/31/2016

# H-2B Application for Temporary Employment Certification
### ETA Form 9142B – APPENDIX B
### U.S. Department of Labor



**For Use in Filing Applications Under the H-2B Non-Agricultural Program ONLY**

## A. Attorney or Agent Declaration

*I hereby certify that I am an employee of, or hired by, the employer listed in Section C of the ETA Form 9142B, and that I have been designated by that employer to act on its behalf in connection with this application. I also certify that to the best of my knowledge the information contained herein is true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement hereto or to aid, abet, or counsel another to do so is a felony punishable by a $250,000 fine or 5 years in a Federal penitentiary or both (18 U.S.C. 1001).*

| 1. Attorney or Agent's last (family) name | 2. First (given) name | 3. Middle initial |
|---|---|---|
| DEES | ASHLEY | FORET |
| 4. Firm/Business name<br>ASHLEY FORET DEES, IMMIGRATION LAW ||| 
| 5. E-Mail address<br>ashley@afdees.com |||
| 6. Signature | | 7. Date signed<br>1/27/2014 |

## B. Employer Declaration

By virtue of my signature below, **I HEREBY CERTIFY** the following conditions of employment:

1. The job opportunity is a bona fide, full-time temporary position, the qualifications for which are consistent with the normal and accepted qualifications required by non-H-2B employers in the same or comparable occupations.

2. The job opportunity is not vacant because the former occupant(s) is (are) on strike or locked out in the course of a labor dispute involving a work stoppage.

3. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship, and the employer has conducted the required recruitment, in accordance with regulations, and has been unsuccessful in locating sufficient numbers of qualified U.S. applicants for the job opportunity for which certification is sought. Any U.S. workers who applied or apply for the job were or will be rejected only for lawful, job-related reasons, and the employer must retain records of all rejections.

4. The offered terms and working conditions of the job opportunity are normal to workers similarly employed in the area(s) of intended employment and are not less favorable than those offered to the foreign worker(s) and are not less than the minimum terms and conditions required by Federal regulation at 20 CFR 655, Subpart A.

5. The offered wage equals or exceeds the highest of the most recent prevailing wage that is or will be issued by the Department to the employer for the time period the work is performed, or the applicable Federal, State, or local minimum wage, and the employer will pay the offered wage.

6. The offered wage is not based on commissions, bonuses or other incentives, unless the employer guarantees a wage paid on a weekly, bi-weekly, or monthly basis that equals or exceeds the prevailing wage, or the legal Federal or State minimum wage, whichever is highest.

7. During the period of employment that is the subject of the labor certification application, the employer will comply with applicable Federal, State and local employment-related laws and regulations, including employment-related health and safety laws;

8. The employer has not laid off and will not lay off any similarly employed U.S. worker in the occupation that is the subject of the Application for Temporary Employment Certification in the area of intended employment within the period beginning 120 days before the date of need, except where the employer also attests that it offered the job opportunity that is the subject of the application to those laid-off U.S. worker(s) and the U.S. worker(s) either refused the job opportunity or was rejected for the job opportunity for lawful, job-related reasons.

---

ETA Form 9142B – Appendix B       FOR DEPARTMENT OF LABOR USE ONLY                            Page B.1 of B.2

Case Number: H-400-13354-377341   Case Status: CERTIFIED   Period of Employment: 02/19/2014 to 12/15/2014

OMB Control Number: 1205-0509
Expiration Date: 03/31/2016

## H-2B Application for Temporary Employment Certification
### ETA Form 9142B – APPENDIX B
### U.S. Department of Labor



9. The employer and its agents and/or attorneys have not sought or received payment of any kind from the employee for any activity related to obtaining labor certification, including payment of the employer's attorneys' fees, application fees, or recruitment costs. For purposes of this paragraph, payment includes, but is not limited to, monetary payments, wage concessions (including deductions from wages, salary, or benefits), kickbacks, bribes, tributes, in kind payments, and free labor.

10. Unless the H-2B worker is being sponsored by another subsequent employer, the employer will inform H-2B workers of the requirement that they leave the U.S. at the end of the period certified by the Department or separation from the employer, whichever is earlier, as required under § 655.35, and that if dismissed by the employer prior to the end of the period, the employer is liable for return transportation.

11. Upon the separation from employment of any foreign worker(s) employed under the labor certification application, if such separation occurs prior to the end date of the employment specified in the application, the employer will notify the Department and DHS in writing or any other method specified of the separation from employment not later than forty-eight (48) hours after such separation is discovered by the employer.

12. The employer will not place any H-2B workers employed pursuant to this application outside the area of intended employment listed on the Application for Temporary Employment Certification unless the employer has obtained a new temporary labor certification from the Department.

13. The dates of temporary need, reason(s) for temporary need, and number of worker positions being requested for certification have been truly and accurately stated on the application.

14. If the application is being filed as a job contractor, the employer will not place any H-2B workers employed pursuant to the labor certification application with any other employer or at another employer's worksite unless:

   (i) The employer applicant first makes a bona fide inquiry as to whether the other employer has displaced or intends to displace a similarly employed U.S. worker within the area of intended employment within the period beginning 120 days before and throughout the entire placement of the H-2B worker, the other employer provides written confirmation that it has not so displaced and does not intend to displace such U.S. workers; and

   (ii) All worksites are listed on the certified Application for Temporary Employment Certification

I hereby designate the agent or attorney identified in section D (if any) of the ETA Form 9142B to represent me for the purpose of labor certification and, by virtue of my signature in Block 3 below, I take full responsibility for the accuracy of any representations made by my agent or attorney.

I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained therein is true and accurate. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by a $250,000 fine or 5 years in the Federal penitentiary or both (18 U.S.C. 1001).

| 1. Last (family) name | 2. First (given) name | 3. Middle initial |
|---|---|---|
| Arrant | Scott | B |

| 4. Title |
|---|
| CFO |

| 5. Signature | 6. Date signed |
|---|---|
| Scott Arrant | 01/16/2014 |

### Public Burden Statement (1205-0509)

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours to complete the form and 25 minutes per response for all other H-2B information collection requirements, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW, * Washington, DC * 20210 or by email ETA.OFLC.Forms@dol.gov. Please do not send the completed application to this address.

ETA Form 9142B – Appendix B   FOR DEPARTMENT OF LABOR USE ONLY   Page B.2 of B.2

Case Number: H-400-13354-377341   Case Status: CERTIFIED   Period of Employment: 02/19/2014 to 12/15/2014

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

H-2B Application for Temporary Employment Certification
ETA Form 9142B
**U.S. Department of Labor**



*Please read and review the filing instructions carefully before completing the ETA Form 9142B. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/. In accordance with Federal Regulations, incomplete or obviously inaccurate applications will not be certified by the Department of Labor. If submitting this form non-electronically, ALL required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

### A. Employment-Based Nonimmigrant Visa Information

1. Indicate the type of visa classification supported by this application *(Write classification symbol)*: *   **H-2B**

### B. Temporary Need Information

1. Job Title *  Seafood Processor
2. SOC (ONET/OES) code *  53-7064
3. SOC (ONET/OES) occupation title *  Packers and Packagers, Hand
4. Is this a full-time position? *  ✔ Yes   ☐ No

**Period of Intended Employment**

5. Begin Date *  05/09/2014  *(mm/dd/yyyy)*
6. End Date *  02/28/2015  *(mm/dd/yyyy)*

7. Worker positions needed/basis for the visa classification supported by this application

   **50**  Total Worker Positions Being Requested for Certification *

   Basis for the visa classification supported by this application
   *(indicate the total workers in each applicable category based on the total workers identified above)*

   | | | | |
   |---|---|---|---|
   | 50 | a. New employment * | 0 | d. New concurrent employment * |
   | 0 | b. Continuation of previously approved employment * without change with the same employer | 0 | e. Change in employer * |
   | 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

8. Nature of Temporary Need: (Choose only one of the standards) *
   ✔ Seasonal   ☐ Peakload   ☐ One-Time Occurrence   ☐ Intermittent or Other Temporary Need

9. Statement of Temporary Need *

   Temporary worker needed for shrimp and seafood processing plant; shrimp processing is a seasonal activity which shrimp are harvested and brought in from Gulf of Mexico in boats and picked up at the dockside to be processed and packaged. Shrimp season is a recurring yearly activity in which maximum harvest time is based upon current weather and water temperatures.

ETA Form 9142B                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page 1 of 7

Case Number: H-400-14069-545009   Case Status: Full Certification   Validity Period: 05/09/2014  to  02/28/2015

P000047

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

H-2B Application for Temporary Employment Certification
ETA Form 9142B
**U.S. Department of Labor**



### C. Employer Information

**Important Note**: Enter the full name of the individual employer, partnership, or corporation and all other required information in this section. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, identify the main or primary employer in the section below and then submit a separate attachment that identifies each employer, by name, mailing address, and total worker positions needed, under the application.

| | |
|---|---|
| 1. Legal business name * <br> Gulf Island Shrimp and Seafood | |
| 2. Trade name/Doing Business As (DBA), if applicable <br> N/A | |
| 3. Address 1 * <br> 8947 Shrimper's Row | |
| 4. Address 2 <br> N/A | |

| 5. City * <br> Dulac | 6. State * <br> LA | 7. Postal code * <br> 70353 |
|---|---|---|
| 8. Country * <br> UNITED STATES OF AMERICA | 9. Province <br> N/A | |
| 10. Telephone number * <br> 888-626-7264 | 11. Extension <br> N/A | |
| 12. Federal Employer Identification Number (FEIN from IRS) * | 13. NAICS code (must be at least 4-digits) * <br> 311712 | |
| 14. Number of non-family full-time equivalent employees | 15. Annual gross revenue | 16. Year established <br> N/A |

17. Type of employer application (choose only one box below) *
- [x] Individual Employer
- [ ] Association – Sole Employer  (H-2A only)
- [ ] H-2A Labor Contractor or Job Contractor
- [ ] Association – Joint Employer  (H-2A only)
- [ ] Association – Filing as Agent  (H-2A only)

### D. Employer Point of Contact Information

**Important Note**: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters.  The information in this Section <u>must be</u> <u>different</u> from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.  For joint employer or master applications filed on behalf of more than one employer under the H-2A program, enter <u>only</u> the contact information for the main or primary employer (e.g., contact for an association filing as joint employer) under the application.

| 1. Contact's last (family) name * <br> Arrant | 2. First (given) name * <br> Scott | 3. Middle name(s) * <br> Byron |
|---|---|---|
| 4. Contact's job title * <br> CFO | | |
| 5. Address 1 * <br> 3935 Ryan Street | | |
| 6. Address 2 <br> N/A | | |
| 7. City * <br> Lake Charles | 8. State * <br> LA | 9. Postal code * <br> 70605 |
| 10. Country * <br> UNITED STATES OF AMERICA | 11. Province <br> N/A | |
| 12. Telephone number * <br> 337-477-9296 | 13. Extension <br> N/A | 14. E-Mail address <br> N/A |

ETA Form 9142B          **FOR DEPARTMENT OF LABOR USE ONLY**          Page 2 of 7

Case Number: H-400-14069-545009    Case Status: Full Certification    Validity Period: 05/09/2014 to 02/28/2015

P000048

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

H-2B Application for Temporary Employment Certification
ETA Form 9142B
**U.S. Department of Labor**



### E. Attorney or Agent Information (If applicable)

| | | |
|---|---|---|
| 1. Is/are the employer(s) represented by an attorney or agent in the filing of this application (including associations acting as agent under the H-2A program)?  If "Yes", complete Section E. * | ✔ Yes | ☐ No |

| 2. Attorney or Agent's last (family) name § | 3. First (given) name § | 4. Middle name(s) § |
|---|---|---|
| DEES | ASHLEY | FORET |

| 5. Address 1 § |
|---|
| 313 BROAD STREET |

| 6. Address 2 |
|---|
| N/A |

| 7. City § | 8. State § | 9. Postal code § |
|---|---|---|
| LAKE CHARLES | LA | 70601 |

| 10. Country § | 11. Province |
|---|---|
| UNITED STATES OF AMERICA | N/A |

| 12. Telephone number § | 13. Extension | 14. E-Mail address |
|---|---|---|
| 337-214-0354 | N/A | ashley@afdees.com |

| 15. Law firm/Business name § | 16. Law firm/Business FEIN § |
|---|---|
| ASHLEY FORET DEES, IMMIGRATION LAW | ▬▬▬▬ |

| 17. State Bar number (only if attorney) § | 18. State of highest court where attorney is in good standing (only if attorney) § |
|---|---|
| 31727 | LOUISIANA |

| 19. Name of the highest court where attorney is in good standing (only if attorney) § |
|---|
| LOUISIANA SUPREME COURT |

### F. Job Offer Information

#### a. Job Description

| 1. Job Title * |
|---|
| Seafood Processor |

| 2. Number of hours of work per week | 3. Hourly Work Schedule * |
|---|---|
| Basic *: 40   Overtime: | A.M. (h:mm): 6 : 00   P.M. (h:mm): 3 : 00 |

| 4. Does this position supervise the work of other employees? *  ☐ Yes ✔ No | 4a. If yes, number of employees worker will supervise (if applicable) § _____ |
|---|---|

5. Job duties – A description of the duties to be performed **MUST** begin in this space.  If necessary, add attachment to <u>continue and complete</u> description. *

Worker will load/unload seafood, tend machinery, pick, package, freeze, load and unload seafood; seafood product for distribution; work includes general cleanup of work area as necessary;

---

ETA Form 9142B          **FOR DEPARTMENT OF LABOR USE ONLY**          Page 3 of 7

Case Number: H-400-14069-545009   Case Status: Full Certification   Validity Period: 05/09/2014 to 02/28/2015

P000049

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

H-2B Application for Temporary Employment Certification
ETA Form 9142B
**U.S. Department of Labor**



### F. Job Offer Information *(continued)*

#### b. Minimum Job Requirements

| | |
|---|---|
| 1. Education: minimum U.S. diploma/degree required * <br> ☑ None  ☐ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's  ☐ Doctorate (PhD)  ☐ Other degree (JD, MD, etc.) | |
| 1a. If "Other degree" in question 1, specify the diploma/degree required § <br> N/A | 1b. Indicate the major(s) and/or field(s) of study required § (May list more than one related major and more than one field) <br> N/A |
| 2. Does the employer require a second U.S. diploma/degree? * | ☐ Yes  ☑ No |
| 2a. If "Yes" in question 2, indicate the second U.S. diploma/degree and the major(s) and/or field(s) of study required § <br> N/A | |
| 3. Is training for the job opportunity required? * | ☐ Yes  ☑ No |
| 3a. If "Yes" in question 3, specify the number of months of training required § <br> N/A | 3b. Indicate the field(s)/name(s) of training required § (May list more than one related field and more than one type) <br> N/A |
| 4. Is employment experience required? * | ☑ Yes  ☐ No |
| 4a. If "Yes" in question 4, specify the number of months of experience required § <br> 3 | 4b. Indicate the occupation required § <br> Similar Occupation |
| 5. Special Requirements - List specific skills, licenses/certifications, and requirements of the job opportunity. * <br> Random drug screening upon hire, paid by employer; transportation vehicle provided to worksite | |

#### c. Place of Employment Information

| | |
|---|---|
| 1. Worksite address 1 * <br> 8947 Shrimper's Row | |
| 2. Address 2 <br> N/A | |
| 3. City * <br> Dulac | 4. County * <br> Terrebone |
| 5. State/District/Territory * <br> LA | 6. Postal code * <br> 70353 |
| 7. Will work be performed in multiple worksites within an area of intended employment or a location(s) other than the address listed above? * | ☑ Yes  ☐ No |
| 7a. If Yes in question 7, identify the geographic place(s) of employment with as much specificity as possible. If necessary, submit an attachment to <u>continue and complete</u> a listing of all anticipated worksites. § <br><br> SEE ADDENDUM FOR ADDITIONAL WORKSITE FOR PLACE OF EMPLOYMENT | |

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

H-2B Application for Temporary Employment Certification
ETA Form 9142B
**U.S. Department of Labor**



### G. Rate of Pay

| 1. Basic Rate of Pay Offered * | 1a. Overtime Rate of Pay *(if applicable)* § |
|---|---|
| From: $ 9 . 64   To (Optional): $ ___ . N/A | From: $ 14 . 46   To (Optional): $ ___ . N/A |

2. Per: (Choose only one) *
   ☑ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☐ Year  ☐ Piece Rate

2a. If Piece Rate is indicated in question 2, specify the wage offer requirements: §
N/A

3. Additional Wage Information (e.g., multiple worksite applications, itinerant work, or other special procedures). If necessary, add attachment to <u>continue and complete</u> description. §

"Wage Offer Equals or Exceeds Prevailing Wage Based on Methodology Published in the Interim Final Rule effective April 24, 2013" N/A

### H. Recruitment Information

1. Name of State Workforce Agency (SWA) serving the area of intended employment *
Louisiana Workforce Commission

| 2. SWA job order identification number * | 2a. Start date of SWA job order * | 2b. End date of SWA job order * (In H-2A this date is 50% of contract period) |
|---|---|---|
| 479146 | 02/19/2014 | 03/02/2014 |

3. Is there a Sunday edition of a newspaper (of general circulation) in the area of intended employment? *    ☑ Yes  ☐ No

| Name of Newspaper/Publication *(in area of intended employment for H-2B only)* * | Dates of Print Advertisement § | |
|---|---|---|
| 4. Houma Today | From: 02/23/2014 | To: |
| 5. Houma Today | From: 02/24/2014 | To: |

6. Additional Recruitment Activities for H-2B program. Use the space below to identify the type(s) or source(s) of recruitment, geographic location(s) of recruitment, <u>and</u> the date(s) on which recruitment was conducted. If necessary, add attachment to <u>continue and complete</u> description. *

Newspaper ads and job order placed in accordance with current H2B regulations

---

ETA Form 9142B                                **FOR DEPARTMENT OF LABOR USE ONLY**                                Page 5 of 7

Case Number: H-400-14069-545009    Case Status: Full Certification    Validity Period: 05/09/2014 to 02/28/2015

P000051

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

# H-2B Application for Temporary Employment Certification
## ETA Form 9142B
### U.S. Department of Labor



### I. Declaration of Employer and Attorney/Agent

In accordance with Federal regulations, the employer must attest that it will abide by certain terms, assurances and obligations as a condition for receiving a temporary labor certification from the U.S. Department of Labor.  <u>Applications that fail to attach Appendix A or Appendix B will be considered incomplete and not accepted for processing by the ETA application processing center.</u>

| | |
|---|---|
| 1. For H-2A Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix A. §** | ☐ Yes  ☐ No  ☐ N/A |
| 2. For H-2B Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix B. §** | ☑ Yes  ☐ No  ☐ N/A |

### J. Preparer

Complete this section if the preparer of this application is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| N/A | N/A | N/A |
| 4. Job Title §  N/A | | |
| 5. Firm/Business name §  N/A | | |
| 6. E-Mail address §  N/A | | |

### K. U.S. Government Agency Use (ONLY)

Pursuant to the provisions of Section 101 (a)(15)(h)(ii) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed.  By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from     05/09/2014          to      02/28/2015          .

_William L. Carlson_ (signature)
Department of Labor, Office of Foreign Labor Certification

03/26/2014
Determination Date (date signed)

H-400-14069-545009
Case number

Full Certification
Case Status

### L. Public Burden Statement *(1205-0509)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.  Public reporting burden for this collection of information is estimated to average 1.5 hours to complete the form and 25 minutes per response for all other H-2B information collection requirements, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.).  Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW, * Washington, DC * 20210 or by email ETA.OFLC.Forms@dol.gov. **Please do not send the completed application to this address.**

---

ETA Form 9142B      **FOR DEPARTMENT OF LABOR USE ONLY**      Page 6 of 7

Case Number: H-400-14069-545009     Case Status: Full Certification     Validity Period: 05/09/2014  to  02/28/2015

P000052

OMB Approval: 1205-0509
Expiration Date: 03/31/2016

H-2B Application for Temporary Employment Certification
ETA Form 9142B
**U.S. Department of Labor**



# ADDENDUM

ADDENDUM SECTION F.c.7: Additional Worksites

1. Louisiana Other 8820 Grand Caillou Road, Dulac, LA 70353

ETA Form 9142B  **FOR DEPARTMENT OF LABOR USE ONLY**  Page 7 of 7

Case Number: H-400-14069-545009   Case Status: Full Certification   Validity Period: 05/09/2014 to 02/28/2015

P000053



**H-2B Application for Temporary Employment Certification**
ETA Form 9142B – APPENDIX B
U.S. Department of Labor

---

**For Use in Filing Applications Under the H-2B Non-Agricultural Program ONLY**

**A. Attorney or Agent Declaration**

*I hereby certify that I am an employee of, or hired by, the employer listed in Section C of the ETA Form 9142B, and that I have been designated by that employer to act on its behalf in connection with this application. I also certify that to the best of my knowledge the information contained herein is true and correct.* I understand that to knowingly furnish false information in the preparation of this form and any supplement hereto or to aid, abet, or counsel another to do so is a felony punishable by a $250,000 fine or 5 years in a Federal penitentiary or both (18 U.S.C. 1001).

| 1. Attorney or Agent's last (family) name | 2. First (given) name | 3. Middle initial |
|---|---|---|
| DEES | ASHLEY | FORET |

| 4. Firm/Business name |
|---|
| ASHLEY FORET DEES, IMMIGRATION LAW |

| 5. E-Mail address |
|---|
| ashley@afdees.com |

| 6. Signature | 7. Date signed |
|---|---|
|  |  |

**B. Employer Declaration**

By virtue of my signature below, **I HEREBY CERTIFY** the following conditions of employment:

1. The job opportunity is a bona fide, full-time temporary position, the qualifications for which are consistent with the normal and accepted qualifications required by non-H-2B employers in the same or comparable occupations.

2. The job opportunity is not vacant because the former occupant(s) is (are) on strike or locked out in the course of a labor dispute involving a work stoppage.

3. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship, and the employer has conducted the required recruitment, in accordance with regulations, and has been unsuccessful in locating sufficient numbers of qualified U.S. applicants for the job opportunity for which certification is sought.  Any U.S. workers who applied or apply for the job were or will be rejected only for lawful, job-related reasons, and the employer must retain records of all rejections.

4. The offered terms and working conditions of the job opportunity are normal to workers similarly employed in the area(s) of intended employment and are not less favorable than those offered to the foreign worker(s) and are not less than the minimum terms and conditions required by Federal regulation at 20 CFR 655, Subpart A.

5. The offered wage equals or exceeds the highest of the most recent prevailing wage that is or will be issued by the Department to the employer for the time period the work is performed, or the applicable Federal, State, or local minimum wage, and the employer will pay the offered wage.

6. The offered wage is not based on commissions, bonuses or other incentives, unless the employer guarantees a wage paid on a weekly, bi-weekly, or monthly basis that equals or exceeds the prevailing wage, or the legal Federal or State minimum wage, whichever is highest.

7. During the period of employment that is the subject of the labor certification application, the employer will comply with applicable Federal, State and local employment-related laws and regulations, including employment-related health and safety laws;

8. The employer has not laid off and will not lay off any similarly employed U.S. worker in the occupation that is the subject of the <u>Application for Temporary Employment Certification</u> in the area of intended employment within the period beginning 120 days before the date of need, except where the employer also attests that it offered the job opportunity that is the subject of the application to those laid-off U.S. worker(s) and the U.S. worker(s) either refused the job opportunity or was rejected for the job opportunity for lawful, job-related reasons.

---



## H-2B Application for Temporary Employment Certification
### ETA Form 9142B – APPENDIX B
### U.S. Department of Labor

9. The employer and its agents and/or attorneys have not sought or received payment of any kind from the employee for any activity related to obtaining labor certification, including payment of the employer's attorneys' fees, application fees, or recruitment costs. For purposes of this paragraph, payment includes, but is not limited to, monetary payments, wage concessions (including deductions from wages, salary, or benefits), kickbacks, bribes, tributes, in kind payments, and free labor.

10. Unless the H-2B worker is being sponsored by another subsequent employer, the employer will inform H-2B workers of the requirement that they leave the U.S. at the end of the period certified by the Department or separation from the employer, whichever is earlier, as required under § 655.35, and that if dismissed by the employer prior to the end of the period, the employer is liable for return transportation.

11. Upon the separation from employment of any foreign worker(s) employed under the labor certification application, if such separation occurs prior to the end date of the employment specified in the application, the employer will notify the Department and DHS in writing or any other method specified of the separation from employment not later than forty-eight (48) hours after such separation is discovered by the employer.

12. The employer will not place any H-2B workers employed pursuant to this application outside the area of intended employment listed on the Application for Temporary Employment Certification unless the employer has obtained a new temporary labor certification from the Department.

13. The dates of temporary need, reason(s) for temporary need, and number of worker positions being requested for certification have been truly and accurately stated on the application.

14. If the application is being filed as a job contractor, the employer will not place any H-2B workers employed pursuant to the labor certification application with any other employer or at another employer's worksite unless:

    (i) The employer applicant first makes a bona fide inquiry as to whether the other employer has displaced or intends to displace a similarly employed U.S. worker within the area of intended employment within the period beginning 120 days before and throughout the entire placement of the H-2B worker, the other employer provides written confirmation that it has not so displaced and does not intend to displace such U.S. workers; and
    (ii) All worksites are listed on the certified Application for Temporary Employment Certification

**I hereby designate** the agent or attorney identified in section D (if any) of the ETA Form 9142B to represent me for the purpose of labor certification and, by virtue of my signature in Block 3 below, **I take full responsibility** for the accuracy of any representations made by my agent or attorney.

**I declare** under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained therein is true and accurate. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by a $250,000 fine or 5 years in the Federal penitentiary or both (18 U.S.C. 1001).

| 1. Last (family) name | 2. First (given) name | 3. Middle initial |
|---|---|---|
| Arrant | Scott | Byron |

| 4. Title |
|---|
| CFO |

| 5. Signature | 6. Date signed |
|---|---|
|  |  |

**Public Burden Statement** *(1205-0509)*
Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours to complete the form and 25 minutes per response for all other H-2B information collection requirements, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW, * Washington, DC * 20210 or by email ETA.OFLC.Forms@dol.gov. Please <u>do not</u> send the completed application to this address.