# EXHIBIT 20

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
U.S. Department of Labor



*Please read and review the filing instructions carefully before completing the* Form ETA-9142B. *A copy of the instructions can be found at* http://www.foreignlaborcert.doleta.gov/. *In accordance with Federal Regulations, incomplete or obviously inaccurate applications will not be certified by the Department of Labor. If submitting this form non-electronically,* ALL *required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

**A. Employment-Based Nonimmigrant Visa Information**

1. Indicate the type of visa classification supported by this application *(Write classification symbol)*: *  |  H-2B

**B. Temporary Need Information**

1. Job Title *  Packer

| 2. SOC (ONET/OES) code * | 3. SOC (ONET/OES) occupation title * |
|---|---|
| 51-3022 | Meat, Poultry, and Fish Cutters and Trimmers |

| 4. Is this a full-time position? * | Period of Intended Employment | |
|---|---|---|
| ✔ Yes  ☐ No | 5. Begin Date * 04/01/2017 *(mm/dd/yyyy)* | 6. End Date * 12/15/2017 *(mm/dd/yyyy)* |

7. Worker positions needed/basis for the visa classification supported by this application

   **54**  Total Worker Positions Being Requested for Certification *

   Basis for the visa classification supported by this application
   *(indicate the total workers in each applicable category based on the total workers identified above)*

| 54 | a. New employment * | 0 | d. New concurrent employment * |
| 0 | b. Continuation of previously approved employment * without change with the same employer | 0 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

8. Nature of Temporary Need: (Choose only one of the standards) *
   ✔ Seasonal    ☐ Peakload    ☐ One-Time Occurrence    ☐ Intermittent or Other Temporary Need

9. Statement of Temporary Need *

Big Easy Foods is a Louisiana-based value-added supplier of high quality prepared frozen foods for retail customers. Big Easy Foods is marketed under its own brand and continues responsibility for manufacturing, distribution and marketing of its Louisiana-based products of frozen entrees, stuffed chickens, turkeys, sausage, raw shrimp and other products, including the popular TurDucHen. The temporary need meets the standard of seasonal need as Big Easy Foods has contracted with major stores through December for the preparation of TurDucHens, deboned, stuffed chickens and entrees for delivery to clients during end of production.

Please note that employer's dates of need through December remain consistent with previous years' filings; No visa numbers remain for start dates of February or March. Employer is requesting a start date of April 1, 2017, for the first possible start date available to employer under H-2B cap regulations.

---

Form ETA-9142B

FOR DEPARTMENT OF LABOR USE ONLY

Page 1 of 6

Case Number: H-400-17013-745200    Case Status: Partial Certification    Validity Period: 04/01/2017 to 12/15/2017

P000086

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

# H-2B Application for Temporary Employment Certification
## Form ETA-9142B
### U.S. Department of Labor



## C. Employer Information

**Important Note**: Enter the full name of the individual employer, partnership, or corporation and all other required information in this section. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, identify the main or primary employer in the section below and then submit a separate attachment that identifies each employer, by name, mailing address, and total worker positions needed, under the application.

| | | |
|---|---|---|
| 1. Legal business name * <br> Big Easy Foods | | |
| 2. Trade name/Doing Business As (DBA), if applicable <br> N/A | | |
| 3. Address 1 * <br> 3935 Ryan St. | | |
| 4. Address 2 <br> N/A | | |
| 5. City * <br> Lake Charles | 6. State * <br> LA | 7. Postal code * <br> 70605 |
| 8. Country * <br> UNITED STATES OF AMERICA | 9. Province <br> N/A | |
| 10. Telephone number * <br> 337-477-9296 | 11. Extension <br> N/A | |
| 12. Federal Employer Identification Number (FEIN from IRS) * <br> ▮▮▮▮ | 13. NAICS code (must be at least 4-digits) * <br> 311615 | |
| 14. Number of non-family full-time equivalent employees <br> ▮▮▮ | 15. Annual gross revenue <br> ▮▮▮ | 16. Year established <br> 2011 |

17. Type of employer application (choose only one box below) *
- [✓] Individual Employer
- [ ] Association – Sole Employer  (H-2A only)
- [ ] H-2A Labor Contractor or Job Contractor
- [ ] Association – Joint Employer  (H-2A only)
- [ ] Association – Filing as Agent  (H-2A only)

## D. Employer Point of Contact Information

**Important Note**: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters.  The information in this Section <u>must be different</u> from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.  For joint employer or master applications filed on behalf of more than one employer under the H-2A program, enter <u>only</u> the contact information for the main or primary employer (e.g., contact for an association filing as joint employer) under the application.

| | | |
|---|---|---|
| 1. Contact's last (family) name * <br> Arrant | 2. First (given) name * <br> Scott | 3. Middle name(s) * <br> B |
| 4. Contact's job title * <br> CFO | | |
| 5. Address 1 * <br> 3935 Ryan St. | | |
| 6. Address 2 <br> N/A | | |
| 7. City * <br> Lake Charles | 8. State * <br> LA | 9. Postal code * <br> 70605 |
| 10. Country * <br> UNITED STATES OF AMERICA | 11. Province <br> N/A | |
| 12. Telephone number * <br> 337-477-9296 | 13. Extension <br> N/A | 14. E-Mail address <br> N/A |

---

Form ETA-9142B

**FOR DEPARTMENT OF LABOR USE ONLY**

Page 2 of 6

Case Number: H-400-17013-745200   Case Status: Partial Certification   Validity Period: 04/01/2017 to 12/15/2017

P000087

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

**H-2B Application for Temporary Employment Certification**
Form ETA-9142B
**U.S. Department of Labor**



### E. Attorney or Agent Information (If applicable)

| | |
|---|---|
| 1. Is/are the employer(s) represented by an attorney or agent in the filing of this application (including associations acting as agent under the H-2A program)? If "Yes", complete Section E. * | ✔ Yes   ☐ No |

| 2. Attorney or Agent's last (family) name § | 3. First (given) name § | 4. Middle name(s) § |
|---|---|---|
| DEES | ASHLEY | FORET |

| 5. Address 1 § |
|---|
| 343 BROAD STREET |

| 6. Address 2 |
|---|
| N/A |

| 7. City § | 8. State § | 9. Postal code § |
|---|---|---|
| LAKE CHARLES | LA | 70601 |

| 10. Country § | 11. Province |
|---|---|
| UNITED STATES OF AMERICA | N/A |

| 12. Telephone number § | 13. Extension | 14. E-Mail address |
|---|---|---|
| 337-214-0354 | N/A | ashley@afdees.com |

| 15. Law firm/Business name § | 16. Law firm/Business FEIN § |
|---|---|
| ASHLEY FORET DEES, LLC | ███████ |

| 17. State Bar number (only if attorney) § | 18. State of highest court where attorney is in good standing (only if attorney) § |
|---|---|
| 31727 | LOUISIANA |

| 19. Name of the highest court where attorney is in good standing (only if attorney) § |
|---|
| LOUISIANA SUPREME COURT |

### F. Job Offer Information

#### a. Job Description

| 1. Job Title * |
|---|
| Packer |

| 2. Number of hours of work per week | 3. Hourly Work Schedule * |
|---|---|
| Basic *: 40   Overtime: N/A | A.M. (h:mm): 7 : 00   P.M. (h:mm): 4 : 00 |

| 4. Does this position supervise the work of other employees? *   ☐ Yes ✔ No | 4a. If yes, number of employees worker will supervise (if applicable) §  N/A |
|---|---|

5. Job duties – A description of the duties to be performed **MUST** begin in this space. If necessary, add attachment to continue and complete description. *

Processing and packing poultry products and poultry entrees; cleaning, preparing poultry, stuffing, deboning, seasoning, stuffing, sewing bags, sealing, preparing finished turduchens, deboned chickens. Packaging, sealing frozen entrees, packaging sausage, dishwasher and sanitation detail; gathering raw product, thawing product; loading/unloading sausage, entrees, chicken, turduchens. Prepared products are unloaded and loaded into boxes at the worksite area for packaging of prepared product. Work hours include 1 unpaid lunch hour; random drug screening upon hire, paid by employer.

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



## F. Job Offer Information (continued)

### b. Minimum Job Requirements

1. Education: minimum U.S. diploma/degree required *

   ☑ None  ☐ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's  ☐ Doctorate (PhD)  ☐ Other degree (JD, MD, etc.)

   | 1a. If "Other degree" in question 1, specify the diploma/degree required § | 1b. Indicate the major(s) and/or field(s) of study required § (May list more than one related major and more than one field) |
   |---|---|
   | N/A | N/A |

2. Does the employer require a second U.S. diploma/degree? *   ☐ Yes  ☑ No

   2a. If "Yes" in question 2, indicate the second U.S. diploma/degree and the major(s) and/or field(s) of study required §
   N/A

3. Is training for the job opportunity required? *   ☐ Yes  ☑ No

   | 3a. If "Yes" in question 3, specify the number of months of training required § | 3b. Indicate the field(s)/name(s) of training required § (May list more than one related field and more than one type) |
   |---|---|
   | N/A | N/A |

4. Is employment experience required? *   ☑ Yes  ☐ No

   | 4a. If "Yes" in question 4, specify the number of months of experience required § | 4b. Indicate the occupation required § |
   |---|---|
   | 1 | Similar occupation |

5. Special Requirements - List specific skills, licenses/certifications, and requirements of the job opportunity. *
   Random drug screening upon hire; paid by employer

### c. Place of Employment Information

1. Worksite address 1 *
   3935 Ryan Street

2. Address 2
   N/A

| 3. City * | 4. County * |
|---|---|
| Lake Charles | Calcasieu |

| 5. State/District/Territory * | 6. Postal code * |
|---|---|
| LA | 70605 |

7. Will work be performed in multiple worksites within an area of intended employment or a location(s) other than the address listed above? *   ☐ Yes  ☑ No

7a. If Yes in question 7, identify the geographic place(s) of employment with as much specificity as possible. If necessary, submit an attachment to continue and complete a listing of all anticipated worksites. §

N/A

---

Form ETA-9142B                **FOR DEPARTMENT OF LABOR USE ONLY**                Page 4 of 6

Case Number: H-400-17013-745200    Case Status: Partial Certification    Validity Period: 04/01/2017 to 12/15/2017

P000089

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

H-2B Application for Temporary Employment Certification
Form ETA-9142B
**U.S. Department of Labor**



### G. Rate of Pay

| 1. Basic Rate of Pay Offered * | 1a. Overtime Rate of Pay *(if applicable)* § |
|---|---|
| From: $ 9 . 23   To (Optional): $ N/A . N/A | From: $ 13 . 85   To (Optional): $ N/A . N/A |

2. Per: (Choose only one) *
   ☑ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☐ Year  ☐ Piece Rate

2a. If Piece Rate is indicated in question 2, specify the wage offer requirements: §
N/A

3. Additional Wage Information (e.g., multiple worksite applications, itinerant work, or other special procedures). If necessary, add attachment to <u>continue and complete</u> description. §
N/A

### H. Recruitment Information

1. Name of State Workforce Agency (SWA) serving the area of intended employment *
N/A

| 2. SWA job order identification number * | 2a. Start date of SWA job order * | 2b. End date of SWA job order * (In H-2A this date is 50% of contract period) |
|---|---|---|
| N/A | N/A | N/A |

3. Is there a Sunday edition of a newspaper (of general circulation) in the area of intended employment? *   ☐ Yes  ☐ No

| Name of Newspaper/Publication *(in area of intended employment for H-2B only)* * | Dates of Print Advertisement § | |
|---|---|---|
| 4. N/A | From: N/A | To: N/A |
| 5. N/A | From: N/A | To: N/A |

6. Additional Recruitment Activities for H-2B program. Use the space below to identify the type(s) or source(s) of recruitment, geographic location(s) of recruitment, <u>and</u> the date(s) on which recruitment was conducted. If necessary, add attachment to <u>continue and complete</u> description. *
N/A

---

Form ETA-9142B                **FOR DEPARTMENT OF LABOR USE ONLY**                Page 5 of 6

Case Number: H-400-17013-745200    Case Status: Partial Certification    Validity Period: 04/01/2017 to 12/15/2017

P000090

OMB Approval: 1205-0509
Expiration Date: 12/31/2018

**H-2B Application for Temporary Employment Certification**
Form ETA-9142B
**U.S. Department of Labor**



### I. Declaration of Employer and Attorney/Agent

In accordance with Federal regulations, the employer must attest that it will abide by certain terms, assurances and obligations as a condition for receiving a temporary labor certification from the U.S. Department of Labor. <u>Applications that fail to attach Appendix A or Appendix B will be considered incomplete and not accepted for processing by the ETA application processing center.</u>

| | |
|---|---|
| 1. For H-2A Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix A.** § | ☐ Yes ☐ No ☐ N/A |
| 2. For H-2B Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix B.** § | ☑ Yes ☐ No ☐ N/A |

### J. Preparer

Complete this section if the preparer of this application is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| N/A | N/A | N/A |

| 4. Job Title § |
|---|
| N/A |

| 5. Firm/Business name § |
|---|
| N/A |

| 6. E-Mail address § |
|---|
| N/A |

### K. U.S. Government Agency Use (ONLY)

Pursuant to the provisions of Section 101 (a)(15)(h)(ii) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed. By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from ___04/01/2017___ to ___12/15/2017___.

_Certifying Officer_ (signature)
Department of Labor, Office of Foreign Labor Certification

03/23/2017
Determination Date (date signed)

H-400-17013-745200
Case number

Partial Certification
Case Status

### L. Public Burden Statement *(1205-0509)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 1 hour to complete the form, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW, * Washington, DC * 20210. **Please <u>do not</u> send the completed application to this address.**

---