# EXHIBIT 28

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NOE VEGA RAMOS; ANA KAREN VALENZUELA SOTO; JOSE ADRIAN LEYVA; and ANA KAREN QUIROZ, <br><br>Individually and on Behalf of All Others Similarly Situated <br><br> Plaintiffs, <br><br>v. <br><br>BIG EASY FOODS OF LOUISIANA, L.L.C., and MELCHOR MAYA SOTO, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | Case No. 2:17-CV-01298-JDC-KK |

## DECLARATION OF CHRISTOPHER J. WILLETT

I, Christopher J. Willett, declare as follows:

 1. I am a Staff Attorney in the Austin office of the Equal Justice Center ("EJC") and make this declaration in support of the EJC's application to be named as class counsel for the Plaintiff Class in the above action. This declaration is based upon my personal knowledge and is true to the best of my knowledge and belief.

 2. The EJC is a nonprofit, public-interest law firm with offices in Austin, San Antonio, and Houston, Texas, that specializes in representing low-wage immigrant workers in employment-related legal matters.

 3. I received my undergraduate degree from Tulane University in 2002 and graduated with honors from the University of Texas School of Law in 2009. I have been a Staff Attorney at the EJC since 2009.

 4. I am admitted to practice law in the state of Texas and each of the United States District Courts in Texas. I have been admitted to appear *pro hac vice* in this case, as well as in other district courts throughout the country.

5. My principal area of practice is plaintiff-side civil employment litigation, with a focus on the representation of low-wage immigrant workers, including foreign guest workers. I have over ten years of experience litigating individual, class, and collective actions on behalf of H-2B visa holders. I have presented lectures on representing low-income immigrant workers in employment law cases at the University of Texas School of Law Labor and Employment Law Conference CLE, and at CLE seminars of the Texas Bar's Poverty Section, National Employment Lawyers Association, and the National Legal Aid & Defender Association. I have also worked as an Adjunct Professor for the Transnational Worker Rights Clinic at the University of Texas School of Law.

6. I have represented individual or groups of H-2B workers in the following cases:

- *Kambala, et al. v. Signal International, LLC, et al.*, Case No. 1:13-cv-00498 (E.D. Tex. – Beaumont Div.): Counsel represented 21 former H-2B temporary visa workers in an action for claims under the Trafficking Victims Protection Reauthorization Act, as well as claims of breach of contract, 42 U.S.C. § 1981 claims, fraud claims, and RICO claims;
- *Mendez Perez, et al. v. CJR Framing, Inc., et al.*, Case No. 3:19-cv-01429 (N.D. Tex. – Dallas Div.): Counsel represents former H-2B temporary visa workers in an action for violations of the Trafficking Victim Protection Reauthorization Act (18 U.S.C. §§ 1597(a)(3) and 1595(a)), violations of the Fair Labor Standards Act, fraud, and breach of contract;
- *Rodriguez, et al. v. FMWB, Inc., et al.*, Case No. 4:16-cv-00745 (E.D. Tex. – Sherman Div.): Counsel represented a group of former H-2B temporary visa workers in an action for violations of the Fair Labor Standards Act and breach of contract;
- *Zamalloa, et al. v. Thompson Landscape Services, Inc., et al.*, Case No. 4:17-cv-00519 (E.D. Tex – Sherman Div.): Counsel represented former H-2B temporary visa workers in an action for violations of the Fair Labor Standards Act and breach of contract;
- *Bravo Mora v. Texas General Builders, L.L.C., et al.*, Case No. 4:18-cv-04702 (S.D. Tex. – Houston Div.): Counsel represented a former H-2B temporary visa worker in an action for violations of the Fair Labor Standards Act, violations of the RICO Act, fraud, and breach of contract; and
- *Martinez v. Fallas Landscape, Ltd., et al.*, Case No. 4:19-cv-00495 (E.D. Tex. – Sherman Div.): Counsel represented a former H-2B temporary visa worker in

an action for violations of the Fair Labor Standards Act, RICO claims, breach of contract, and fraud claims.

7. I have represented groups of plaintiffs in multiple collective actions and class actions involving H-2B and H-2A guest workers, as well as J-1 Visa workers, including:

- *Bystrov, et al. v. D K & G Management, Inc. et al.*, Case No. C-1-CV-12-000321 (County Court No. 1, Travis County, Texas): Counsel represented former J-1 visa workers in an action for violations of the Fair Labor Standards Act and breach of contract;
- *Carranza v. Prime Lawn Care, Inc., et al.*, Case No. 3:14-cv-04512 (N.D. Tex. – Dallas Div.): Counsel represented a class of landscaping laborers, including former H-2B temporary visa workers, in a collective action for violations of the Fair Labor Standards Act;
- *Viera, et al. v. Centex House Leveling, Austin – L.L.C., et al.*, Case No. 1:15-cv-00612 (W.D. Tex. – Austin Div.): Counsel represented a class of construction laborers, including former H-2B temporary visa workers, in a collective action for violations of the Fair Labor Standards Act;
- *Casilao, et al. v. Hotelmacher LLC*, Case No. 5:17-cv-00800 (W.D. Okla.): Counsel represents a class of H-2B temporary visa workers in a class action for violations of the Trafficking Victims Protection Reauthorization Act, and for breach of contract.
- *Francis, et al. v. Apex USA, Inc., et al.*, Case No. 5:18-cv-00583 (W.D. Okla.): Counsel represents a group of individuals who worked in the United States under the J-1 work- and study-based exchange visitor program with claims for violations of the Trafficking Victims Protection Reauthorization Act; and
- *Rueda, et al. v. A. Olivarez Harvesting, L.L.C., et al.*, Case No. 5:18-cv-01325 (W.D. Tex. – San Antonio Div.): Counsel represented a class of H-2B and H-2A temporary visa workers who worked as packers and packagers of agricultural products in Pearsall, Texas, in a class action for violations of the Migrant and Seasonal Agricultural Worker Protect Act and breach of contract, and a collective action for violations of the Fair Labor Standards Act.

8. Additionally, I have represented non-guestworker employees in actions arising under the Trafficking Victims Protection Reauthorization Act in the following cases:

- *Blessing Daniel v. Madumere, et al.*, Case No. 4:19-cv-01945 (S.D. Tex. – Houston Div.): Counsel represented a foreign national who worked as a domestic worker in Richmond, Texas, in an action for violations of the Fair Labor Standards Act and the Trafficking Victims Protection Reauthorization Act;

- *Pab v. Som, et al.*, Case No. 3:19-cv-01480 (N.D. Tex. – Dallas Div.): Counsel represented a foreign national who worked in donut shops in North Texas in an action for violations of the Fair Labor Standards Act and the Trafficking Victims Protection Reauthorization Act.

9. In addition to me, the EJC has two attorneys working on this matter with substantial experience representing immigrant workers: Anna Bocchini and Colleen Mulholland. Anna Bocchini graduated with honors from the University of Texas School of Law in 2008. Ms. Bocchini is a member of the Texas Employment Lawyers Association. She has worked as a staff attorney throughout the entirety of her legal career and has litigated in state and federal court on behalf of hundreds of low-wage workers in employment, breach of contract, and discrimination cases. She has represented low-wage and immigrant workers in individual, collective, and class actions. Ms. Bocchini has served as an Adjunct Professor at the University of Texas School of Law, educating and supervising law students on employment law cases in the Transnational Worker Rights Clinic. Colleen Mulholland is a staff attorney with the Equal Justice Center. She graduated from the University of Texas School of Law in 2015. She received a Texas Law Justice Center Fellowship in Public Interest Law and was subsequently hired to continue working at the EJC as a staff attorney. Ms. Mulholland has represented hundreds of workers in individual and collective actions in state and federal courts. She has served as co-director of EJC's Legal Aid for Survivors of Sexual Assault program. She has presented on employment discrimination, as well as wage and hour issues, at the Texas Bar's Poverty Law Section conference. She is also a member of the Texas Employment Lawyer's Association and the State Bar's Labor and Employment Law Section.

10. The EJC is committed to advocating vigorously on behalf of the Plaintiff class. EJC has the resources required to litigate this matter in a zealous and thorough manner. The EJC is also committed to working zealously, effectively, and collaboratively with the other proposed class counsel.

11. To my knowledge, the EJC has no conflicts of interest that would prevent the organization from providing zealous representation of the named Plaintiffs and the class.

12. To my knowledge, there are no separate active actions commenced by any members of the class.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Austin, Texas, on June 16, 2022.

/s/ Christopher J. Willett
Christopher J. Willett, Texas Bar No. 24061895
Equal Justice Center
314 E. Highland Mall Blvd., Ste. 401
Austin, Texas 78752
Telephone: (512) 474-0007 ext. 107
Email: cwillett@equaljusticecenter.org

*Attorney for Plaintiffs*