# EXHIBIT 29

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NOE VEGA RAMOS; ANA KAREN VALENZUELA SOTO; JOSE ADRIAN LEYVA; and ANA KAREN QUIROZ, | § § § § | |
| Individually and on Behalf of All Others Similarly Situated | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:17-CV-01298-JDC-KK |
| BIG EASY FOODS OF LOUISIANA, L.L.C., and MELCHOR MAYA SOTO, | § § § § | |
| Defendants. | § | |

### DECLARATION OF EDWARD B. CLOUTMAN, III

I, Edward B. Cloutman, III, declare as follows:

1. I have served as local counsel on this matter since the beginning of this case. I submit this declaration in support of Plaintiffs' Motion for Rule 23 Class Certification, and I have personal knowledge of the facts contained in this declaration.

2. I am an attorney duly licensed to practice law in Louisiana and Texas. I have been admitted to the Supreme Court of the United States, and the U.S. Courts of Appeals for the Fifth, Sixth, Eighth, Tenth, and Eleventh Circuits. I am also admitted to the U.S. District Courts for the Western District of Louisiana, and the Northern, Eastern, and Western Districts of Texas.

3. My practice focuses on plaintiffs' civil rights, representation of employees and labor unions throughout the region, and employment arbitration. I am a member of the Texas Employment Lawyers Association and am certified as a labor and employment law specialist by the Texas Board of Legal Specialization.

4. I have decades of experience in employment law and civil rights law, have served as counsel in numerous complex lawsuits addressing a wide variety of legal issues, and bring substantial experience in litigation to bear on this matter on behalf of our clients.

5. I have participated as counsel in numerous individual, group, and class actions, including the following reported decisions, among others:

- Lipscomb v. Wise (challenge to Dallas City Council at large elections), 459 F.2d 335 (5th Cir. 1972); 399 F.Supp. 782 (N.D. Tex. 1975); 551 F.2d 1043 (5th Cir. 1977); 437 U.S. 535 (1978); and 583 F.2d 212 (5th Cir. 1978) (Voting Rights Act);

- Tasby v. Estes (Wright) (Edwards) (Woolery) (Rojas) (Moses) (Dallas school desegregation litigation), 444 F.2d 124 (5th Cir. 1971); 342 F.Supp. 945 (N.D. Tex.1971); 517 F.2d 92 (5th Cir. 1975), cert. denied, 423 U.S. 939 (1975); 412 F.Supp. 1185 (N.D. Tex. 1975); 412 F.Supp. 1192 (N.D. Tex. 1976); 572 F.2d 1010 (5th Cir. 1978), writ dismissed 423 U.S. 939 (1981); 520 F.Supp. 683 (N.D. Tex. 1981); 542 F.Supp. 134 (N.D. Tex. 1981); 530 F.Supp. 262 (N.D. Tex. 1982); 713 F.2d 90 (5th Cir. 1983); 585 F.Supp. 453 (N.D. Tex. 1984) 771 F.2d 849 (5th Cir. 1985), 630 F.Supp. 597 (N.D. Tex. 1986), 799 F.Supp. 652 (N.D. Tex. 1992), 807 F.Supp. 421 (N.D. Tex. 1992); 869 F.Supp. 454 (N.D. Tex. 1994); 265 F.Supp.2d 757 (N.D. Tex. 2003) (School desegregation litigation);

- Tasby v. Walker 356 F.Supp. 469 (E.D. Tex. 1972); 495 F.2d 1250 (5th Cir. 1974) (School desegregation);

- LULAC v. Clements, 902 F.2d 293 (5th Cir. 1990), 914 F.2d 620 (5th Cir. 1990) (en banc), 501 U.S. 419, 115 L.Ed.2d 379, 111 S.Ct. 2367 (1991), 986 F.2d 728 (5th Cir. 1993), 999 F.2d 831 (5th Cir. 1994) (en banc) (Voting Rights Act);

- Gupta v. E.T.S.U., 654 F.2d 411 (5th Cir. 1981) (employment discrimination);

- Coke v. G.A.B. 640 F.2d 584 (5th Cir. 1981) (en banc) (employment discrimination);

- Barnes v. Yellow Freight Systems (employment discrimination), 778 F.2d 1096 (5th Cir. 1985);

- <u>Stu Adams-Lundy, et al. v. APFA</u> (Railway Labor Act litigation), 792 F.2d 1368 (5th Cir. 1986);

- <u>Nash v. State of Texas</u>, 632 F.Supp. 951 (E.D.Tex. 1986), 848 F.2d 567 (5th Cir. 1988) (1st Amendment);

- <u>Gault v. TRLA,</u> 615 F.Supp. 916 (N.D. Tex. 1985), 848 F.2d 544 (5th Cir. 1988) (1st Amendment);

- <u>Trevino, et al. v. Holly Sugar Corporation, et al.</u> 811 F.2d 896 (5th Cir. 1987) (employment discrimination);

- <u>Frew, et al. v. Hawkins, et al.</u>, 109 F.Supp. 2d 579, 300 F.3d 530 (5th Cir. 2003), rev., 540 U.S. 431, 157 L.Ed.2d 855, 124 S.Ct. 899 (2004), 376 F.3d 444 (5th Cir. 2004), 401 F.Supp.2d 619 (E.D. Tex. 2005) (Statewide Medicaid Act litigation);

6. I do not know of any separate action commenced by any members of the putative class in this action.

7. To my knowledge, I have no conflict of interest that would prevent me from providing zealous representation of the named Plaintiffs and the class.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Dallas, Texas on June 16, 2022.

    /s/ Edward B. Cloutman, III
Edward B. Cloutman, III
(Louisiana Bar No. 04206 & Texas Bar No. 04411000)
618 Largent Avenue
Dallas, Texas 75214
214-232-9015
Email: ecloutman@lawoffices.email