# Exhibit 30

| Day | Date | Initial Workday Start Time | Initial Workday End Time | Lunch Break | After-Hours Work Start Time | After-Hours Work End Time | Total Hours | Weekly Hours | Pay Period Hours Worked | Pay Period Hours Compensated | *UNPAID HOURS* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 9/5/2016 | 7:00 AM | 5:00 PM | 1.00 | | | 9.00 | | | | |
| Tuesday | 9/6/2016 | 7:00 AM | 5:20 PM | 1.00 | | | 9.33 | | | | |
| Wednesday | 9/7/2016 | 7:00 AM | 7:00 PM | 1.00 | 8:50 PM | 9:40 PM | 11.83 | | | | |
| Thursday | 9/8/2016 | 5:00 AM | 5:30 PM | 1.00 | | | 11.50 | | | | |
| Friday | 9/9/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Saturday | 9/10/2016 | 7:00 AM | 1:30 PM | 0.00 | | | 6.50 | | | | |
| Sunday | 9/11/2016 | | | | | | 0.00 | 58.17 | | | |
| Monday | 9/12/2016 | 7:00 AM | 7:20 PM | 1.00 | | | 11.33 | | | | |
| Tuesday | 9/13/2016 | 7:00 AM | 7:10 PM | 1.00 | | | 11.17 | | | | |
| Wednesday | 9/14/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Thursday | 9/15/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Friday | 9/16/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Saturday | 9/17/2016 | 7:00 AM | 11:00 AM | 0.00 | | | 4.00 | | | | |
| Sunday | 9/18/2016 | | | | | | 0.00 | 56.50 | | | |
| Monday | 9/19/2016 | 7:00 AM | 7:00 PM | 1.00 | | | 11.00 | | | | |
| Tuesday | 9/20/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Wednesday | 9/21/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Thursday | 9/22/2016 | 7:00 AM | 5:30 PM | 1.00 | | | 9.50 | | | | |
| Friday | 9/23/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Saturday | 9/24/2016 | 7:00 AM | 4:30 PM | 0.00 | | | 9.50 | | | | |
| Sunday | 9/25/2016 | | | | | | 0.00 | 60.00 | 116.50 | 101.33 | 15.17 |
| Monday | 9/26/2016 | 7:00 AM | 5:45 PM | 1.00 | | | 9.75 | | | | |
| Tuesday | 9/27/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Wednesday | 9/28/2016 | 7:00 AM | 4:30 PM | 1.00 | (One extra eveing hour) | | 9.50 | | | | |
| Thursday | 9/29/2016 | 7:00 AM | 5:30 PM | 1.00 | | | 9.50 | | | | |
| Friday | 9/30/2016 | 7:00 AM | 5:08 PM | 1.00 | 7:30 PM | 9:00 PM | 10.63 | | | | |
| Saturday | 10/1/2016 | 7:00 AM | 5:30 PM | 0.00 | | | 10.50 | | | | |
| Sunday | 10/2/2016 | 12:00 PM | 4:50 PM | 0.00 | | | 4.83 | 64.72 | | | |
| Monday | 10/3/2016 | 7:00 AM | 7:10 PM | 1.00 | | | 11.17 | | | | |
| Tuesday | 10/4/2016 | 7:00 AM | 6:33 PM | 1.00 | | | 10.55 | | | | |
| Wednesday | 10/5/2016 | 7:00 AM | 7:00 PM | 1.00 | | | 11.00 | | | | |
| Thursday | 10/6/2016 | 7:00 AM | 6:00 PM | 1.00 | | | 10.00 | | | | |
| Friday | 10/7/2016 | 7:00 AM | 4:00 PM | 1.00 | | | 8.00 | | | | |
| Saturday | 10/8/2016 | 8:00 AM | 9:30 PM | 0.00 | | | 13.50 | | | | |
| Sunday | 10/9/2016 | | | | | | 0.00 | 64.22 | 128.93 | 101.33 | 27.60 |
| Monday | 10/10/2016 | 7:00 AM | 6:17 PM | 1.00 | | | 10.28 | | | | |

| Day | Date | In | Out | Break | Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tuesday | 10/11/2016 | 7:00 AM | 4:25 PM | 1.00 | 8.42 | | | | |
| Wednesday | 10/12/2016 | 7:00 AM | 6:00 PM | 1.00 | 10.00 | | | | |
| Thursday | 10/13/2016 | | | | 0.00 | | | | |
| Friday | 10/14/2016 | | | | 0.00 | | | | |
| Saturday | 10/15/2016 | | | | 0.00 | | | | |
| Sunday | 10/16/2016 | | | | 0.00 | 28.70 | 28.70 | 24 | 4.70 |