# EXHIBIT 31

| Date | Day | Number of Full OT Hours | Number of Quarter OT Hours | Data Collection Batestamp |
|---|---|---|---|---|
| 4/27/2015 | Monday | 2 | 0 | BE009244 |
| 4/28/2015 | Tuesday | 1 | 2 | BE009244 |
| 4/29/2015 | Wednesday | 2 | 0 | BE009244 |
| 4/30/2015 | Thursday | 2 | 2 | BE009244 |
| 5/1/2015 | Friday | 1 | 2 | BE009244 |
| 5/2/2015 | Saturday | 0 | 0 | BE009244 |
| 5/3/2015 | Sunday | 0 | 0 | BE009242 |
| 5/4/2015 | Monday | 4 | 0 | BE009242 |
| 5/5/2015 | Tuesday | 4 | 0 | BE009242 |
| 5/6/2015 | Wednesday | 3 | 3 | BE009242 |
| 5/7/2015 | Thursday | 3 | 0 | BE009242 |
| 5/8/2015 | Friday | 4 | 0 | BE009242 |
| 5/9/2015 | Saturday | 13 | 0 | BE009242 |
| 5/10/2015 | Sunday | 0 | 0 | BE009242 |
|  |  | 39 | 9 |  |
|  | TOTAL | 41.25 |  |  |
| 5/11/2015 | Monday | 4 | 0 | BE009242 |
| 5/12/2015 | Tuesday | 4 | 0 | BE009242 |
| 5/13/2015 | Wednesday | 3 | 2 | BE009242 |
| 5/14/2015 | Thursday | 2 | 2 | BE009242 |
| 5/15/2015 | Friday | 4 | 0 | BE009242 |
| 5/16/2015 | Saturday | 5 | 0 | BE009242 |
| 5/17/2015 | Sunday | 0 | 0 | BE009240 |
| 5/18/2015 | Monday | 4 | 0 | BE009240 |
| 5/19/2015 | Tuesday | 1 | 2 | BE009240 |
| 5/20/2015 | Wednesday | 4 | 0 | BE009240 |
| 5/21/2015 | Thursday | 4 | 0 | BE009240 |
| 5/22/2015 | Friday | 1 | 2 | BE009240 |
| 5/23/2015 | Saturday | 6 | 0 | BE009240 |
| 5/24/2015 | Sunday | 0 | 0 | BE009240 |
|  |  | 42 | 8 |  |
|  | TOTAL | 44 |  |  |
| 5/25/2015 | Monday | 0 | 0 | BE009240 |
| 5/26/2015 | Tuesday | 3 | 0 | BE009240 |
| 5/27/2015 | Wednesday | 3 | 0 | BE009240 |
| 5/28/2015 | Thursday | 4 | 0 | BE009240 |
| 5/29/2015 | Friday | 4 | 0 | BE009240 |
| 5/30/2015 | Saturday | 0 | 0 | BE009240 |
| 5/31/2015 | Sunday | 0 | 0 | BE009236 |
| 6/1/2015 | Monday | 3 | 0 | BE009236 |
| 6/2/2015 | Tuesday | 2 | 0 | BE009236 |
| 6/3/2015 | Wednesday | 1 | 2 | BE009236 |
| 6/4/2015 | Thursday | 3 | 0 | BE009236 |
| 6/5/2015 | Friday | 1 | 2 | BE009236 |
| 6/6/2015 | Saturday | 0 | 0 | BE009236 |
| 6/7/2015 | Sunday | 0 | 0 | BE009236 |
|  |  | 24 | 4 |  |
|  | TOTAL | 25 |  |  |

# SERVICES RENDERED

UNITED STATE DEPARTMENT OF AGRICULTURE
FOOD SAFETY AND INSPECTION SERVICE

FPC USE ONLY

| Field | Value |
|---|---|
| 1. DOCUMENT NUMBER | 11509008 |
| 2. INSPECTOR'S NAME | SKINNER KAREN D |
| 4. DATE BEGINNING DATE | 4/1/91 |
| DATE ENDING DATE | 5/2/12 |
| 5. PAY PERIOD NO. | 8 |
| 6. ESTABLISHMENT NAME | B&G Easy Foods |
| 7. ESTABLISHMENT NO. | 13351 |
| 8. STREET | 3935 Ryan St |
| 9. ESTABLISHMENT TELEPHONE NUMBER | 337-800-7648 |
| 10. CITY | Lake Charles |
| 11. STATE | LA |
| 12. ZIP CODE | 70605 |

| # HOURS BY DAY AND TYPE | | WEEK 1 | | | | | | | WEEK 2 | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SUN | MON | TUES | WED | THUR | FRI | SAT | SUN | MON | TUES | WED | THUR | FRI | SAT | |
| REIMBURSABLE Meat/Poultry/Egg Inspection/Import | | | | | | | | | | | | | | | | |
| 13. OVERTIME | O | | | 3 | 12 | 12 | 1 | | | 2 | 12 | 8 | 2 | 2 | 8 | 16.2 |
| 14. BASE | B | | | | | | | | | | | | | | | |
| 15. HOLIDAY | H | | | | | | | | | | | | | | | |
| VOLUNTARY | | | | | | | | | | | | | | | | |
| 16. OVERTIME | O | | | | | | | | | | | | | | | |
| 17. BASE | B | | | | | | | | | | | | | | | |
| 18. HOLIDAY | H | | | | | | | | | | | | | | | |

19. SHORTHAND CODE – REIMBURSABLE (REQUIRED): 353395
20. SHORTHAND CODE – VOLUNTARY (REQUIRED):
21. SERVICE DATE (last day of PP): 5/2/15
22. REMARKS: SUBMITTED

23. PLANT RECEIPT (Signature)
24. INSPECTOR'S SIGNATURE (REQUIRED)

FSIS FORM 5110-1 (4/6/2011) REPLACES FSIS FORM 5110-1 (11/24/2005) PREVIOUS EDITIONS ARE OBSOLETE AND UNUSABLE DESTROY ALL PREVIOUS EDITIONS

YELLOW COPY - ESTABLISHMENT OFFICIAL

# SERVICES RENDERED

UNITED STATE DEPARTMENT OF AGRICULTURE
FOOD SAFETY AND INSPECTION SERVICE

FPC USE ONLY

| Field | Value |
|---|---|
| 1. DOCUMENT NUMBER | 11550 9007 |
| 2. INSPECTOR'S NAME | Skinner Karen D |
| 4. DATE BEGINNING DATE | 5/3/15 |
| ENDING DATE | 5/16/15 |
| 5. PAY PERIOD NO. | 9 |
| 7. ESTABLISHMENT NO. | 13251 |
| 8. STREET | 3635 Ryan St |
| 9. ESTABLISHMENT TELEPHONE NUMBER | (337) 802-7648 |
| 10. CITY | Lake Charles |
| 11. STATE | LA |
| 12. ZIP CODE | 70605 |
| ESTABLISHMENT NAME | B&G Easy Foods |

# HOURS BY DAY AND TYPE (REQUIRED)

| TYPE | REIMBURSABLE | WEEK 1 | | | | | | | WEEK 2 | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SUN | MON | TUES | WED | THUR | FRI | SAT | SUN | MON | TUES | WED | THUR | FRI | SAT | |
| 13. OVERTIME | O | | 4 | 4 | 3.3 | 3 | 4 | 3- | | 4 | 4 | 3.2 | 3.3 | 4 | 5 | 34.3 |
| 14. BASE | B | | | | | | | | | | | | | | | |
| 15. HOLIDAY | H | | | | | | | | | | | | | | | |
| 16. OVERTIME VOLUNTARY | O | | | | | | | | | | | | | | | |
| 17. BASE | B | | | | | | | | | | | | | | | |
| 18. HOLIDAY | H | | | | | | | | | | | | | | | |

19. SHORTHAND CODE -- REIMBURSABLE (REQUIRED): SUBN 1730  E53295

20. SHORTHAND CODE -- VOLUNTARY (REQUIRED):

21. SERVICE DATE: 5/16/15

22. REMARKS:

23. PLANT RECEIPT (Signature): Melvin Myr

24. INSPECTOR'S SIGNATURE (REQUIRED): [signature]

# SERVICES RENDERED

UNITED STATES DEPARTMENT OF AGRICULTURE
FOOD SAFETY AND INSPECTION SERVICE

FPC USE ONLY

| 1. DOCUMENT NUMBER | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11509006 | | | | | | | | | | | | | | | |

2. INSPECTOR'S NAME (Legibly print your name as recorded on your T&A) LAST NAME, FIRST NAME (REQUIRED): SKINNER Karen D

| 4. DATE (REQUIRED) BEGINNING DATE | ENDING DATE | 5. PAY PERIOD NO. | 6. ESTABLISHMENT NAME (REQUIRED) | 7. ESTABLISHMENT NO. (5 digit numeric+any alpha) (REQUIRED) |
|---|---|---|---|---|
| 5/1/15 | 5/31/15 | 10 | B&G Easy Foods | 13351 |

| 8. STREET (REQUIRED) | 9. ESTABLISHMENT TELEPHONE NUMBER | 10. CITY (REQUIRED) | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| 3435 Ryan St | (337) 802-7648 | Lake Charles | LA | 70605 |

| # HOURS BY DAY AND TYPE (REQUIRED) | | WEEK 1 | | | | | | | WEEK 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REIMBURSABLE Meat/Poultry/Egg Inspection/Import | | SUN | MON | TUES | WED | THUR | FRI | SAT | SUN | MON | TUES | WED | THUR | FRI | SAT | TOTAL |
| 13. OVERTIME | O | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | |
| 14. BASE | B | | | | | | | | | | | | | | | |
| 15. HOLIDAY | H | | | | | | | | | | | | | | | |
| VOLUNTARY | | | | | | | | | | | | | | | | |
| 16. OVERTIME | O | | | 2 | | | 2 | | | 8 | 3 | 3 | 4 | 4 | | 35 |
| 17. BASE | B | | | | | | 6 | | | | | | | | | |
| 18. HOLIDAY | H | | | | | | | | | | | | | | | |

| 19. SHORTHAND CODE – REIMBURSABLE (REQUIRED) (Hours should reconcile with inspector's T&A) | 20. SHORTHAND CODE – VOLUNTARY (REQUIRED) (Hours should reconcile with inspector's T&A) | 21. SERVICE DATE (last day of PP) (REQUIRED) |
|---|---|---|
| 3653345 | 3653345 | 5/30/15 |

22. REMARKS: RE SUBMITTED

23. PLANT RECEIPT (Signature): Melton Villa

24. INSPECTOR'S SIGNATURE (REQUIRED): [signature]

INSPECTION SERVICES PERFORMED AS INDICATED - Falsification of any item on this form may result in a fine of not more than $10,000 or imprisonment for no more than 5 years or both (18 USC 1001)

FSIS FORM 5110-1 (4/6/2011) REPLACES FSIS FORM 5110-1 (1/24/2005) PREVIOUS EDITIONS ARE OBSOLETE AND UNUSABLE
DESTROY ALL PREVIOUS EDITIONS    YELLOW COPY - ESTABLISHMENT OFFICIAL

BE009006

# SERVICES RENDERED

UNITED STATES DEPARTMENT OF AGRICULTURE
FOOD SAFETY AND INSPECTION SERVICE

FPC USE ONLY

| 1. DOCUMENT NUMBER | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115509005 | | | | | | | | | | | | | | | | |

2. INSPECTOR'S NAME (Legibly print your name as recorded on your T&A) LAST NAME, FIRST NAME (REQUIRED): Skinner, Karen D

| 4. DATE (REQUIRED) BEGINNING | ENDING DATE | 5. PAY PERIOD NO. | 6. ESTABLISHMENT NAME (REQUIRED) | 7. ESTABLISHMENT NO. (5 digit numeric+any alpha) (REQUIRED) |
|---|---|---|---|---|
| 5/3/15 | 6/13/15 | 11 | Big Easy Foods | 13511 |

| 8. STREET (REQUIRED) | 9. ESTABLISHMENT TELEPHONE NUMBER | 10. CITY (REQUIRED) | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| 3935 Ryan ST | 337-802-7668 | Lake Charles | LA | 70605 |

| # HOURS BY DAY AND TYPE (REQUIRED) | | WEEK 1 | | | | | | | WEEK 2 | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REIMBURSABLE Meat/Poultry/Egg Inspection/Import | | SUN | MON | TUES | WED | THUR | FRI | SAT | SUN | MON | TUES | WED | THUR | FRI | SAT | |
| 13. OVERTIME | O | | 3 | 2 | | 3 | 1.2 | | | | | | | | | 11 |
| 14. BASE | B | | | | | | | | | | | | | | | |
| 15. HOLIDAY | H | | | | | | | | | | | | | | | |
| VOLUNTARY | | | | | | | | | | | | | | | | |
| 16. OVERTIME | O | | | | | | | | | | | | | | | |
| 17. BASE | B | | | | | | | | | | | | | | | |
| 18. HOLIDAY | H | | | | | | | | | | | | | | | |

19. SHORTHAND CODE – REIMBURSABLE (REQUIRED) (Hours should reconcile with inspector's T&A): 3653295

20. SHORTHAND CODE – VOLUNTARY (REQUIRED) (Hours should reconcile with inspector's T&A):

21. SERVICE DATE (last day of PP) (REQUIRED): 6/13/15

22. REMARKS: RE SUBMITTED

23. PLANT RECEIPT (Signature): [signature]

24. INSPECTOR'S SIGNATURE (REQUIRED): [signature]

FSIS FORM 5110-1 (4/6/2011) REPLACES FSIS FORM 5110-1 (1/24/2005) PREVIOUS EDITIONS ARE OBSOLETE AND UNUSABLE
DESTROY ALL PREVIOUS EDITIONS
YELLOW COPY - ESTABLISHMENT OFFICIAL

BE060236